JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| EDWARD HEEREN<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC, and DOES 1 To 10<br><br>Defendants. | CASE NO.: 8:20-cv-00126 JLS (KESx)<br>*Assigned to the Hon. Josephine L. Staton and Magistrate Judge: Karen E. Scott*<br>(Orange County Superior Court Case No.: 30-2019-01117932-CU-PO-NJC)<br><br>**ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT**<br><br>Complaint Filed: December 12, 2018 |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the Stipulation between plaintiff EDWARD HEEREN and Defendant LOWE'S HOME CENTERS, LLC, this action is dismissed with prejudice, in its entirety, with each party to bear its own costs.

IT IS SO ORDERED.

Dated: April 20, 2020      \_\_JOSEPHINE L. STATON_____
The Honorable Josephine L. Staton
United States District Court Judge

- 1 -
**ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT**